United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

___18___ CV __7456 NGG-RER__

indicated that this case is related to the following case(s):

___16-cv-7078 ILG-RLM___