UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MALKA KUMER, et al.,

                              Plaintiffs,              **ORDER TO SHOW CAUSE**

      -against-                                            18-CV-7456 (ILG)

BANK SADERAT IRAN, et al.,

                              **Defendants.**
-----------------------------------------------------------x

**UNITED STATES DISTRICT JUDGE I. LEO GLASSER:**

In an application filed on February 25, 2020 (Docket Entry #11), plaintiffs seek permission to dismiss without prejudice duplicative claims of 18 plaintiffs who also are plaintiffs in Kaplan v. Central Bank of the Islamic Republic of Iran, 19cv3142 (ILG). An examination of the docket sheet in the case at bar reveals that until plaintiffs filed their February 25th letter, they had taken no action whatsoever in this case since March 2019. This eleven-month period of inactivity is even longer than the eight months of dormancy that formed the basis for Judge Cogan's dismissal of a similar case filed by the same plaintiff's counsel, Robert Tolchin, Esq.: Kaplan v. Hezbollah, 19cv3187 (BMC) (Docket Entry #103).[1]

Accordingly, plaintiffs are directed to show cause, in writing, by March 23, 2020, why the instant Kumer case C one of two Kumer lawsuits pending in this district, see 18cv7449 (CBA) – should not be dismissed for lack of prosecution.

        **SO ORDERED.**
_____

[1] Plaintiffs' counsel has filed various overlapping actions in this Court and others, with no apparent rhyme or reason as to where they are filed or how the claims are aggregated and/or allocated among the various cases.

Dated:   Brooklyn, New York
         March 6, 2020

/s/ I. Leo Glasser
I. LEO GLASSER
UNITED STATES DISTRICT JUDGE