UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KUMER, *et al.*,

                Plaintiffs,

-against-

BANK SADERAT IRAN, *et al.*,

                Defendant.

-------------------------------------------------------------------X

Docket No:
18-cv-7456 (ILG) (rlm)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all Plaintiffs and their counsel hereby voluntarily dismiss this action against the defendants, without prejudice.

Dated:   Brooklyn, New York
          March 22, 2020

                              Yours,

                              THE BERKMAN LAW OFFICE, LLC
                              *Attorneys for the plaintiffs*

                              by:   /s/ Robert J. Tolchin
                                  Robert J. Tolchin

                              111 Livingston Street, Suite 1928
                              Brooklyn, New York 11201
                              (718) 855-3627